```
FILED
CLERK, U.S. DISTRICT COURT

JAN | | 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY
```

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| SYLVESTER ROBERT ALLEN, | ) | No. CV 07-02292-CJC (VBK) |
| Petitioner, | ) | ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS |
| v. | ) | |
| ALBERTO GONZALEZ, et al., | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. §636, the Court has made a _de novo_ review of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Response to Order to Show Cause, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

**IT IS ORDERED** that: (1) the Court accepts and adopts the Report and Recommendation, and (2) Judgment be entered dismissing the Petition.

DATED: _January 8, 2008_

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE