FILED
CLERK, U.S. DISTRICT COURT
JAN 11 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SYLVESTER ROBERT ALLEN,           ) | No. CV 07-02292-CJC (VBK) |
| Petitioner,                       ) | JUDGMENT |
| v.                                ) | |
| ALBERTO GONZALEZ, et al.,         ) | |
| Respondent.                       ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition"),

**IT IS ADJUDGED** that the Petition is dismissed.

DATED: January 8, 2008

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE